■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN COMBS, Appellant. [942 NYS2d 332]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (James Yates, J.), rendered on or about July 29, 2008, and said appeal having been argued by counsel for the respective parties; due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same hereby affirmed. Concur—Mazzarelli, J.P., Moskowitz, Acosta, Renwick and DeGrasse, JJ.

---

The decision and order of this Court entered herein on October 18, 2011 is hereby recalled and vacated (*see* 2012 NY Slip Op 66322[U] [decided simultaneously herewith]).